```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 23923
   TOYA MARIE KILGORE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0806

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/24/2004 and was confirmed 09/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.24% from remaining funds.

     The case was paid in full 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED         13150.00       1055.81       13150.00
AMERICREDIT FINANCIAL SV  UNSECURED        7071.44         .00           723.97
INTERNAL REVENUE SERVICE  PRIORITY          840.61        189.77         840.61
AMM LTD                   UNSECURED OTH     650.00          .00           66.46
AAA CHECKMATE             UNSECURED        1416.67          .00          145.04
ECMC                      UNSECURED        9564.52          .00          979.22
PREMIER BANCARD CHARTER   UNSECURED         317.93          .00           32.55
BROTHER LOAN & FINANCE    UNSECURED        1972.58          .00          201.95
CORPORATE AMERICA FAMILY  UNSECURED        1477.96          .00          151.31
RESURGENT CAPITAL SERVIC  UNSECURED        1052.36          .00          107.74
GFG LOAN CO               UNSECURED         717.05          .00           73.41
HOUSEHOLD AUTOMOTIVE FIN  UNSECURED       17795.35          .00         1821.89
SONIC PAYDAY COM          UNSECURED       NOT FILED         .00             .00
US CELLULAR               UNSECURED       NOT FILED         .00             .00
US CELLULAR               NOTICE ONLY     NOT FILED         .00             .00
US CELLULAR               UNSECURED       NOT FILED         .00             .00
US CELLULAR               NOTICE ONLY     NOT FILED         .00             .00
VCS                       UNSECURED       NOT FILED         .00             .00
WESTERN DUPAGE OBGYN      UNSECURED       NOT FILED         .00             .00
AMERICAN EDUCATION SERVI  UNSECURED        4572.67          .00          468.15
ECMC                      UNSECURED       21735.50          .00         2225.28
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                       1,566.84
DEBTOR REFUND             REFUND                                          477.16

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 26,977.16

PRIORITY                                      840.61

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 23923 TOYA MARIE KILGORE
```

```
        INTEREST                                                      189.77
SECURED                                                            13,150.00
        INTEREST                                                    1,055.81
UNSECURED                                                           6,996.97
ADMINISTRATIVE                                                      2,700.00
TRUSTEE COMPENSATION                                                1,566.84
DEBTOR REFUND                                                         477.16
                                        ---------------       ---------------
TOTALS                                        26,977.16             26,977.16
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/24/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 04 B 23923 TOYA MARIE KILGORE